U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

MAR 12 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 10-00077-01<br>CIVIL ACTION 12-3152 |
| VERSUS | JUDGE HAIK |
| JESSIE ALFRED | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such;

The defendant's motion to vacate, set aside, and correct sentence is **GRANTED in PART** and **DENIED in PART**. Mr. Alfred is granted an out-of-time appeal limited to seeking review of the issues he could have appealed had he done so in a timely matter. In all other respects, the motion is denied without prejudice.

**THUS DONE** and **SIGNED** on this the 11th day of March, 2014.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT